UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOYLE L. HEARD,

    Plaintiff,

v.                                4:20cv539–WS/MJF

MARK INCH, et al.,

    Defendants.

_____

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 9) docketed August 8, 2021. The magistrate judge recommends that this case be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff has filed objections (ECF No. 10) to the report and recommendation.

Having considered the record in light of Plaintiff's objections, the undersigned concludes that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is ADOPTED and incorporated into this order by reference.

2. Plaintiff's first amended complaint is DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1).

3. The clerk shall enter judgment stating: "All claims are dismissed pursuant to 28 U.S.C. § 1915A(b)(1).

4. The clerk shall close the case.

DONE AND ORDERED this __27th__ day of __August__, 2021.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE