IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOYLE L. HEARD,

    Plaintiff,

v.                                                                            4:20cv539–WS/MJF

RON DESANTIS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 37) docketed October 18, 2022. The magistrate judge recommends that this civil-rights action be dismissed pursuant to *Heck v. Humphrey* because it "necessarily impl[ies] that [Plaintiff's] current confinement is invalid and that he is entitled to immediate or speedier release from confinement." Plaintiff has filed objections (ECF No. 41) to the report and recommendation.

Plaintiff filed a fourth amended complaint after this case was remanded from the Eleventh Circuit with instructions to grant Heard leave to amend his complaint because "a more carefully drafted complaint might state a claim" for damages as to

six of Plaintiff's eleven claims. *See* ECF No. 25, 11th Cir. Opin. at p. 6. Relying on *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994)[1], the magistrate judge has concluded that Plaintiff's fourth amended complaint must be dismissed because granting him relief[2] on any of his claims "necessarily would imply that his current confinement is invalid and that he is entitled to immediate or speedier release from confinement." ECF No. 37 at 8. The undersigned agrees with the magistrate judge's assessment of Plaintiff's fourth amended complaint.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 37) is ADOPTED and incorporated into this order by reference.

2. Doyle Heard's fourth amended complaint is DISMISSED.

---

[1] In *Heck v. Humphrey*, the Supreme Court held that "in order to recover damages for allegedly unconstitutional conviction or imprisonment, or for other harm caused by actions whose unlawfulness would render a conviction or sentence invalid, a § 1983 plaintiff must prove that the conviction or sentence has been reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus, 28 U.S.C. § 2254." 512 U.S. at 486–87 (footnote omitted).

[2] As noted by the magistrate judge, Plaintiff seeks the following relief: "[R]estoration, return of all gain-time credits accrued and withheld under the misapplied "Reform Act" and "fraudulently" altered, cancelled; totaling more than (25) years, compensation for each day belonging to [Heard], stolen, withheld; compensation deemed just, equitable and appropriate, as established." ECF No. 35, 4th amend. compl. at 7 (errors in original).

3. The clerk shall enter judgment stating: "All claims are DISMISSED pursuant to 28 U.S.C. § 1915A(b)(1)."

4. The clerk shall close the case.

DONE AND ORDERED this __2nd__ day of __December__, 2022.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE